PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CARLOS VALENCIA,<br><br>Defendant. | Case No. 1:20-CR-00048-DAD-SKO<br><br>**FINAL ORDER OF FORFEITURE** |

On April 27, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Anthony Carlos Valencia, forfeiting to the United States the following property:

a. Pink Memorex 8GB thumb drive, seized from defendant by law enforcement on or about October 31, 2018;

b. Any additional thumb drives, SD cards, compact discs, cell phones, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about October 31, 2018.

Beginning on May 5, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the

FINAL ORDER OF FORFEITURE   1

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253, including all right, title, and interest of Anthony Carlos Valencia:

   a. Pink Memorex 8GB thumb drive, seized from defendant by law enforcement on or about October 31, 2018;

   b. Any additional thumb drives, SD cards, compact discs, cell phones, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about October 31, 2018.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **July 11, 2021**   _____
UNITED STATES DISTRICT JUDGE